≈AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Bennie Brown, Jr. ) | Case No:  4:99CR00100 - 01 JMM |
| ) | USM No: 21839-009 |
| Date of Previous Judgment: August 23, 2000 ) | James Phillips |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   x  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   117   months **is reduced to**   **TIME SERVED**  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   29           Amended Offense Level:   27
Criminal History Category: III          Criminal History Category: III
Previous Guideline Range:  108  to 135  months   Amended Guideline Range:  87  to 108  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   8/23/2000   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 13, 2008                   /s/ James M. Moody
                                                  Judge's signature

Effective Date:  As soon as possible,           James M. Moody, United States District Judge
                 but no later than                      Printed name and title
                 March 24, 2008.